**Order entered December 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01480-CV

### IN RE MICHELIN NORTH AMERICA, INC., Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07255**

## ORDER NUNC PRO TUNC
Before Justices Lang, Fillmore and Brown

Before the Court is Michelin North America, Inc.'s December 4, 2015 Emergency Motion for Stay. We **GRANT** the motion and **ORDER STAYED** the trial court's November 19, 2015 Amended Order on Plaintiff's Motion to Compel MNA to Respond to Discovery and Identification of Withheld MNA Document to the extent it requires Michelin to produce "the oldest version of all Aspect Specifications" and expands the scope of production in the case to include:

**1.** All Michelin P255/70R16 LTX M/S tires including the three (3) common green tires made at the Dothan, Alabama plant from the date production started (1998) until the date it allegedly stopped in 2003.

**2.** All Michelin P-Metric 235, 245, 255 and 265 LTX M/S tires manufactured, within six ( 6) months before and one ( 1) year after the incident made the basis of this lawsuit.

We further **ORDER STAYED** the portion of the trial court's Order Re: November 3, 2015 Hearing to the extent it requires Michelin to produce a corporate representative to testify about Michelin's financial condition, wealth, assets and financial statements and about the aspect specifications ordered produced by the trial court.

The Court requests a response to the petition for writ of mandamus. Real party in interest and respondent shall file their responses, if any, on or before December 18, 2015.

/s/    DOUGLAS S. LANG
JUSTICE